**UNITED STATES DISTRICT COURT**
**District of Maine**

| | |
|---|---|
| ALVIN SCOTT COREY,         )<br>        Plaintiff                      )<br>                                       )<br>v.                                    )<br>                                       )   Civil No. 05-22-B-S<br>UNITED STATES OF AMERICA, )<br>                                       )<br>        Defendant                 )<br>                                       )<br>                                       ) | |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

   The United States Magistrate Judge filed with the Court on September 12, 2005, her Recommended Decision (Docket No. 27).  Movant filed his Objection to the Recommended Decision (Docket No. 32) on October 27, 2005.

   I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

   1.   It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

   2.   Because Crawford v. Washington is not retroactive to cases on collateral review and because Corey's other Claims are clearly time-barred, Movant's 28 U.S.C. § 2255 Motion is **DENIED**.

                                                                /s/ George Z. Singal_____
                                                                Chief U.S. District Judge

Dated this 21st day of November, 2005.